UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe LS 13,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC<br><br>　　　　　Defendant(s). | Case No. 3:23-cv-03966-LB<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: September 12, 2023　　　　　NAME: Paul A. Alarcon

　　　　　　　　　　　　　　　　　　　　　*Paul Alarcon* (signature)

　　　　　　　　　　　　　　COUNSEL FOR
　　　　　　　　　　　　　　(OR "PRO SE"):　Uber Technologies, Inc., Rasier, LLC, Rasier-CA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically transmitted the foregoing **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of *Electronic* Filing to all CM/ECF registrants.

*/s/ Claudia Nunez*
*Claudia Nunez*