UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe LS 13<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Uber Technologies, Inc., et al.<br><br>　　　　　Defendant(s). | Case No. 3:23-cv-03966-LB<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　**OR**

☑ **DECLINE Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:　September 12　, 20 23　　　　NAME:　William A. Levin

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William A. Levin
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature*

　　　　　　　　　　　　　　COUNSEL FOR
　　　　　　　　　　　　　　(OR "PRO SE"):　Plaintiff Jane Doe LS 13

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 12, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: September 12, 2023                                         */s/ William A. Levin*

LEVIN SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, California 94111
415.426.3000 phone • 415.426.3001 fax